```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 63932
   MONIQUE SOUTHALL
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9698

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/13/2005 and was confirmed 03/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 03/02/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AAA COLLECTIONS INC        UNSECURED      NOT FILED          .00           .00
HOWARD LICHMAN             UNSECURED         787.00          .00         50.43
CAVALRY PORTFOLIO SERVIC   UNSECURED       11982.61          .00        950.30
ARCH WIRELESS              UNSECURED      NOT FILED          .00           .00
ARMOR SYSTEMS CORP         UNSECURED      NOT FILED          .00           .00
CERTEGY                    UNSECURED      NOT FILED          .00           .00
CHECK N GO                 UNSECURED      NOT FILED          .00           .00
ENTERPRISE LEASING         UNSECURED      NOT FILED          .00           .00
G B ASSOCIATES             UNSECURED      NOT FILED          .00           .00
LASALLE BANK               UNSECURED      NOT FILED          .00           .00
HIGHER EDUCATION STUDENT   UNSECURED       26807.11          .00       2125.95
PAYDAY LOAN STORE          UNSECURED      NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         258.86          .00         15.46
SPRINT                     UNSECURED      NOT FILED          .00           .00
US CELLULAR                UNSECURED      NOT FILED          .00           .00
WFFINACCPT                 UNSECURED      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED            .00          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,949.20                     2,416.26
TOM VAUGHN                 TRUSTEE                                       363.60
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              5,922.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  3,142.14
ADMINISTRATIVE                             2,416.26

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 63932 MONIQUE SOUTHALL
```

```
TRUSTEE COMPENSATION                                        363.60
DEBTOR REFUND                                                  .00
                                   ----------------   ----------------
TOTALS                                    5,922.00           5,922.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```